[No. 71215-2-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LEE HANSEN, *Appellant*.

 by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Trickey, J.

[Nos. 71248-9-I; 72040-6-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY WALTON DRAHOLD, *Appellant*.

 by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 71261-6-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANTHONY DARNELL FRANKS, *Appellant*.

 by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 71340-0-I. Division One. July 27, 2015.]

KAY B. KAYONGO, *Appellant*, v. WESTFIELD, LLC, *Respondent*.

 by unpublished opinion per Schindler, J., concurred in by Leach and Trickey, JJ.